# ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL CASEY, on behalf of himself and the putative class,<br><br>*Plaintiff*,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and BAYERISCHE MOTOREN WERKE AG, a German company,<br><br>*Defendants*. | Case No. 19-cv-14761-JKS-JBC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Daniel Casey, and Defendants, BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by their undersigned attorneys, that this matter is dismissed without prejudice as to Plaintiff's claims and without attorneys' fees or costs to any party.

| | |
|---|---|
| /s/ Janine L. Pollack<br>**George Feldman McDonald, PLLC**<br>Janine L. Pollack<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>JPollack@4-Justice.com<br><br>Adam R. Gonnelli<br>**Law Office of Adam R. Gonnelli, L.L.C.**<br>7030 E. Genesee Street<br>Fayetteville, New York 13066<br>Telephone: (917) 541-7110<br>Facsimile: (315) 446-7521<br>adam@arglawoffice.com | /s/ Christopher J. Dalton<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>Christopher J. Dalton<br>Argia J. DiMarco<br>Melissa J. Bayly<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br>Facsimile: (973) 273-9430<br>christopher.dalton@bipc.com<br>argia.dimarco@bipc.com<br>melissa.bayly@bipc.com<br><br>*Attorneys for Defendants BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft*<br><br>Dated: July 12, 2024 |

|  |  |
|---|---|
| Bonner C. Walsh<br>**Walsh PLLC**<br>1562 Long Haul Road<br>Grangeville, Idaho 83530<br>Telephone: (541) 359-2827<br>Facsimile: (866) 503-8206<br>bonner@walshpllc.com<br><br>*Attorneys for Plaintiff David Casey*<br><br>Dated:  July 12, 2024 |  |

**SO ORDERED:**

  *s/Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**
**Dated: July 15, 2024**

2